UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOYCE MATTOS, :
Plaintiff, :
:
v. : CA 07-235 M
:
MICHAEL J. ASTRUE, :
Commissioner, :
Social Security Administration, :
Defendant. :

**ORDER**

The instant case has been referred to me for resolution or hearing and entry of judgment. To facilitate a speedy and just disposition of the same, the following procedure shall be followed.

Plaintiff shall have to and including Tuesday, February 12, 2008, to file a motion for summary judgment and/or a motion to modify, reverse, or remand the decision of the Commissioner. Said motion shall be accompanied by a memorandum containing a clear and concise statement of the relevant facts based on the record, a clear and concise statement of the Administrative Law Judge's findings which are challenged, and a detailed discussion of the issues addressed.

Defendant shall have to and including Wednesday, March 12, 2008, to file a motion for summary judgment and/or a motion to affirm the decision of the Commissioner. Said motion shall be accompanied by a memorandum containing a clear and concise statement of the relevant facts based on the record and specifically addresses the issues raised by Plaintiff, along with any further issues Defendant believes are relevant and appropriate for the court's consideration.

Plaintiff shall have to and including Wednesday, March 26, 2008, to file a brief reply memorandum addressing issues raised

in Defendant's memorandum and not fully discussed in his/her original memorandum.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
December 12, 2007